**Electronically Filed
Supreme Court
SCPW-25-0000331
08-MAY-2025
02:17 PM
Dkt. 12 ODDP**

SCPW-25-0000331

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

HANNAH KIM HEART, Petitioner,

vs.

THE HONORABLE KEITH K. HIRAOKA,
Associate Judge of the Intermediate Court of Appeals;
THE HONORABLE KAREN T. NAKASONE, Associate Judge of the
Intermediate Court of Appeals; and THE HONORABLE KIMBERLY T.
GUIDRY, Associate Judge of the Intermediate Court of Appeals,
State of Hawaiʻi, Respondent Judges,

and,

THE BANK OF NEW YORK MELLON, fka The Bank of New York, as
Trustee for the Certificateholders of the CWALT, Inc.,
Alternative Loan Trust 2006-OA21, Mortgage Pass-Through
Certificates, Series 2006-OA21; and YEON HO KIM, Respondents.

_____

ORIGINAL PROCEEDING
(CASE NO. 1CC131003271)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the "Emergency Motion for Stay

Pending Appeal of ICA Order (DKT. 67 ORD)," filed April 9, 2025,

which we construe as a petition for writ of mandamus, and the

record, Petitioner has not demonstrated a clear and indisputable right to relief.  See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawai'i 307, 319, 537 P.3d 1154, 1166 (2023); Stop Rail Now v. DeCosta, 120 Hawai'i 238, 243, 203 P.3d 658, 663 (App. 2008); see also Wilmington Sav. Fund Soc'y, FSB v. Domingo, 155 Hawai'i 1, 11, 556 P.3d 347, 357 (2024).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawai'i, May 8, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

